UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT PAULY, and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendants. | NO.  2:15-cv-00044-SAB<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

　　　　The parties have filed a Stipulated Notice of Voluntary Dismissal, ECF No. 9. In accordance with Fed. R. Civ. P. 41 and the joint wishes of the parties, the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

//

//

//

//

//

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** + 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Notice of Voluntary Dismissal, ECF No. 9, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 20th day of September, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** + 2